UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>RODGER JEROME NELSON,<br><br>　　　　　　　　Defendant. | Case No. CR05-234-RSL<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

### INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 13, 2012. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Steven Masada, and defendant was represented by Lee Covell. Also present was Senior U.S. Probation Officer Felix Cavillo. The proceedings were digitally recorded.

### SENTENCE AND PRIOR ACTION

Defendant was sentenced on October 28, 2005, by the Honorable Robert S. Lasnik for Conspiracy to Commit Bank Fraud, Mail Fraud, Related Activity in Connection with Access Devices (Counts. 1, 6), and Aggravated Identity Theft (Count. 4). He received 37 months of detention concurrent for Counts 1 and 6, plus 24 months consecutive for Count 4, and 5 years of supervised release.

On August 24, 2011, a report requesting modification of the terms of supervision was submitted informing the Court that Mr. Nelson had relapsed to methamphetamine and marijuana use. He agreed to waive his right to a hearing and participate in a residential reentry center program. Mr. Nelson entered an inpatient treatment program on September 29, 20111, subsequently entered the residential reentry center on November 3, 2011, and was released on December 16, 0211.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated March 7, 2012, Senior U.S. Probation Officer Felix Calvillo alleged that defendant violated the following conditions of supervised release:

1. Using methamphetamine on or about January 25, February 2, February 16, February 21, and February 23, 2012, in violation of standard condition 7.

2. Using marijuana on or about February 16, February 21, and February 23, 2012 in violation of standard condition 7.

3. Failing to report for drug treatment as instructed on or about March 1, 2012, in violation of special condition number 5.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on March 29, 2012 at 10:30 a.m. before District Judge Robert S. Lasnik.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the

///

///

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 2

conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 13th day of March, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 3