1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-234 RSL |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| RODGER JEROME NELSON, | |
| Defendant. | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on August 29, 2012.  The United States was represented by Assistant United States Attorney Steven Masada, and the defendant by Lee Covell.

The defendant had been charged and convicted of Conspiracy to Commit Bank Fraud and Mail Fraud; Fraud and Related Activity in Connection with Access Devices, and Aggravated Identity Theft.  On or about October 28, 2005, defendant was sentenced by the Honorable Robert S. Lasnik to a term of 37 months in custody on the fraud counts and a mandatory 24 month sentence to be served consecutively on the aggravated identity theft charge, to be followed by five years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1   conditions imposed included, but were not limited to, participation in a substance abuse

2   program.

3         In a Petition for Warrant or Summons, dated August 7, 2012, U.S. Probation Officer

4   Felix Calvillo, Jr. asserted the following violation by defendant of the conditions of his

5   supervised release:

6         1.    Using methamphetamine on or about 05/14/12 and 05/18/12, in violation of the

7               general condition of supervision to refrain from unlawful use of a controlled

8               substance and standard condition number 7.

9         The defendant was advised of his rights and admitted alleged violation 1.

10        I therefore recommend that the Court find the defendant to have violated the terms and

11  conditions of his supervised release as to violation 1, and that the Court conduct a hearing

12  limited to disposition.  A disposition hearing on these violations has been set before the

13  Honorable Robert S. Lasnik on September 5, 2012 at 11 a.m.

14        Pending a final determination by the Court, the defendant has been released, subject to

15  supervision.

16        DATED this 29th day of August, 2012.

17

18        _____
          JAMES P. DONOHUE
19        United States Magistrate Judge

20

21

22  cc:   District Judge:          Honorable Robert S. Lasnik
          AUSA:                    Steven Masada
23        Defendant's attorney:    Lee Covell
          Probation officer:       Felix Cavillo, Jr.
24

25

26

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2