UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>        v.<br><br>RODGER JEROME NELSON,<br><br>                         Defendant. | Case No. CR05-234-RSL<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

**INTRODUCTION**

I conducted a hearing on alleged violations of supervised release in this case on January 29, 2013.  The defendant appeared pursuant to a summons issued in this case.  The United States was represented by Steven T. Masada, and defendant was represented by Lee A. Covell.  Also present was U.S. Probation Officer Leona Nguyen .  The proceedings were digitally recorded.

**SENTENCE AND PRIOR ACTION**

Defendant was sentenced on October 28, 2005, by the Honorable Robert S. Lasnik for Conspiracy to Commit Bank Fraud and Mail Fraud and Related Activity in Connection with Access Devices, and Aggravated Identity Theft.  He received 61 months of detention and 5 years of supervised release.

Several previous violation reports have been submitted to the Court alleging use of illicit

substances and failing to successfully complete intervention services including substance abuse treatment and residential reentry center placement. The Court has revoked supervision on two prior occasions (March 30, 2012 and October 11, 2012) with the most recent term of supervision commencing on December 21, 2012.

**PRESENTLY ALLEGED VIOLATIONS**

In a petition dated January 2, 2013, Senior U.S. Probation Officer Felix Calvillo, Jr. alleged that defendant violated the following conditions of supervised release:

    1.    Using methamphetamine on or about December 24 and 25, 2012, in violation of the general condition of supervision to refrain from unlawful use of a controlled subatnce and standard condition #7.

**FINDINGS FOLLOWING EVIDENTIARY HEARING**

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing February 5, 2013 at 10:30 a.m. before District Judge Robert S. Lasnik.

**RECOMMENDED FINDINGS AND CONCLUSIONS**

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 29th of January, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 2